UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | _____ |
|---|---|---|
|  | Chapter: | _____ |
|  | Judge: | _____ |

## ORDER DISMISSING DUPLICATE CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2022**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Court's own motion, it appears that the following facts exist:

1. Case number _____ was filed on behalf of

    _____ on _____;

2. Case number _____ was filed in error on behalf of

    _____ on _____

    and is duplicative.

Therefore, it is:

   ORDERED that case number _____ is dismissed AND case number _____ shall continue in the normal course.

*11/19/04.jml*